THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KOFLAN, Appellant,
against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.—

712

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.